THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN B. LANGE, Appellant, *v.* CLINTON C. PALMITER, a Police Officer of the City of New York, Respondent.

*People ex rel. Lange* v. *Palmiter*, 144 App. Div. 894, affirmed.
(Argued May 30, 1911: decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

April 13, 1911, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to the custody of the defendant.

The proceeding was brought to test the constitutionality of the ordinance regulating the sale of theatre tickets by ticket speculators in the public streets.

*Louis Marshall* for appellant.

*Archibald R. Watson, Corporation Counsel, (Terence Farley* and *Louis H. Hahlo* of counsel) for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.